UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ELMIRON (PENTOSAN POLYSULFATE SODIUM) PRODUCTS LIABILITY LITIGATION<br><br>MELISSA MORRISON, an individual; KELLIE VALENCIA, an individual; and KARIE KUEHL, an individual,<br><br>                Plaintiffs,<br><br>                v.<br><br>TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., f/k/a Teva Global Respiratory Research, LLC.; TEVA PHARMACEUTICALS USA, INC.; ALZA CORPORATION; JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a Johnson & Johnson Research & Development, LLC; ORTHO-MCNEIL PHARMACEUTICAL, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., f/k/a Janssen Pharmaceutica Inc.; JANSSEN ORTHO LLC; JOHNSON & JOHNSON; DR. C. LOWELL PARSONS, MD, an individual; and DOES 1-20. Defendants.,<br><br>                Defendants. | MDL No. 2973<br>Case No.: 2:20-md-02973 (BRM)(ESK)<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE EDWARD S. KIEL<br><br>DIRECT FILED COMPLAINT PURSUANT TO CASE MANAGEMENT ORDER NO. 6<br><br>CIVIL ACTION NO.: 2:22-CV-07285-BRM-ESK |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Melissa Morrison, Kellie Valencia, and Karie Kuehl, together with the above-captioned Defendants, by and through her respective counsel of record, that the claims of Plaintiffs Melissa Morrison, Kellie Valencia, and Karie Kuehl be dismissed with prejudice and that

Plaintiffs be dismissed as a party to this action pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own costs.

Dated: July 29, 2025

| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
|---|---|
| /s/ *Christopher R. Rodriguez* | /s/ *Michael C. Zogby* |
| Christopher R. Rodriguez | Michael C. Zogby |
| Andrew D. Bluth | Barnes & Thornburg, LLP |
| Singleton Schreiber, LLP | 67 East Park Place, Suite 1000 |
| 1414 K Street, Suite 470 | Morristown, NJ 07960 |
| Sacramento, CA 95814 | 973-775-6110 |
| Phone: (916) 248-8478 | Michael.Zogby@btlaw.com |
| crodriguez@singletonscreiber.com | Kristen R. Fournier |
| abluth@singletonschreiber.com | King & Spalding |
| | 1185 Avenue of the Americas, |
| Daniel Lapinski | 35th Floor |
| Ann E. Rice | New York, New York 10036 |
| Esther Berezofsky | kfournier@kslaw.com |
| MOTLEY RICE LLC | |
| 210 Lake Drive East, Suite 101 | |
| Cherry Hill, NJ 08002 | |
| Phone: (856) 667-0500 | |
| dlapinski@motleyrice.com | |
| ariceervin@motleyrice.com | |
| eberezofsky@motleyrice.com | |

## CERTIFICATE OF SERVICE

    I, Christopher R. Rodriguez, hereby certify that on July 29, 2025, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                      */s/ Christopher R. Rodriguez*
                                      Christopher R. Rodriguez

                                      *Attorney for Plaintiffs*

SO ORDERED:

*Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: JULY 29, 2025